# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 09-723-DOC (PJWx) | Date | July 29, 2010 |
|---|---|---|---|
| Title | Gary E. Mertan, et al. v. American Home Mortgage Servicing Inc., et al. | | |

| Present: The Honorable | PATRICK J. WALSH, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Celia Anglon-Reed | CS 07/29/2010 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Gregory H.D. Alumit | T. Robert Finlay<br>William J. Idleman |

**Proceedings:**   Settlement Conference

  Case called and appearances made.  Settlement conference conducted off the record.  Case settles.

cc: Judge David O. Carter
  All Parties of Record

S:\PJW\Cases-X\Mertan\MO_Settlement Conf.wpd

| | 3 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | ca | |